**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ANTHONY SCOTT FABRIZIO**                                              **PLAINTIFF**

        v.          Civil No. 08-5215

**SHERIFF KEITH FERGUSON;**
**DR. HUSKINS; CAPTAIN**
**HUNTER PETRAY; and**
**MAJOR GENE DRAKE**                                                    **DEFENDANTS**

## O R D E R

Now on this 22nd day of March, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #39), and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #24) is **denied**.

**IT IS FURTHER ORDERED** that this matter is remanded to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE